IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE T. HIGHTOWER, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT TYRONE WALSH, et al. | : | |
| Respondents. | : | NO. 13-259 |
| | : | |

**ORDER**

AND NOW, this 5th day of February, 2013, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that the District Attorney of the County of Philadelphia shall file specific and detailed answers within thirty (30) days of the date of this order pursuant to Rule 5, 28 U.S.C. fol. § 2254.  This response shall include a memorandum of law concerning the issues presented and any defenses, and copies of all relevant state court decisions, pleadings, notes of testimony, and docket entries.

As required by 18 U.S.C. § 3771(b)(2), the Commonwealth is FURTHER ORDERED to ensure that in a federal habeas corpus proceeding arising out of a state conviction, any crime victims are afforded their rights under the Crimes Victims Act, as amended July 27, 2006.

BY THE COURT:


 /S LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE